**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

STEPHEN OKENWA,

Petitioner,

v.

FERETI SEMAIA, in his official capacity as Warden of Adelanto West ICE Processing Center,

Respondent.

No. 5:26-cv-5907 DSR

**JUDGMENT**

Pursuant to the Court's separately filed Order Granting Petition for Writ of Habeas Corpus and Discharging Order to Show Cause re Preliminary Injunction,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted, and that judgment is entered in favor of Petitioner and against Respondent. The Order constitutes final disposition of the Petition by the Court.

DATED: October 15, 2026

HON. DANIEL S. ROBERTS
UNITED STATES MAGISTRATE JUDGE